IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY DEAN HARDEE,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

No. C 07-80134-MISC JSW

**ORDER OF REFERRAL**

    Pursuant to Local Rule 72-1, the petition to quash and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: June 1, 2007

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

cc:    Wings Hom