# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTES</u>

**CASE NO.  C 07-80134 MISC JSW (JCS)**

**CASE NAME: RICKY DEAN HARDEE v. USA**

**MAGISTRATE JUDGE JOSEPH C. SPERO**          **COURTROOM DEPUTY**:  Karen Hom

**DATE**: June 22, 2007          **TIME: 2 mins**          **COURT REPORTER**: <u>**FTR: 1:56-1:58**</u>

**<u>COUNSEL FOR PLAINTIFF:</u>**          **<u>COUNSEL FOR DEFENDANT:</u>**
**Robert E. Barnes (telephonic)**          **No Appearance**

---

**<u>PROCEEDINGS</u>:**                                             **<u>RULING</u>:**

**1. Telephonic conference re: Petition to Quash IRS Summons**

_____

**<u>ORDERED AFTER HEARING:</u>**

**Dft shall be served before the next case management conference.**

_____

**ORDER TO BE PREPARED BY:**          **( ) Plaintiff          ( ) Defendant          (X) Court**

**CASE CONTINUED TO:   08/03/07 at 1:30 p.m., for a further case mgmt conference & set
                                        briefing schedule.**

_____

**Number of Depos:**                    **Number of Experts:**          **Discovery Cutoff:**

**Expert Disclosure:**                    **Expert Rebuttal:**          **Expert Discovery Cutoff:**

**Motions Hearing:**          at 9:30 a.m.                    **Pretrial Conference:**          at 1:30 p.m.

**Trial Date:**                    at 8:30 a.m.  ( )Jury    ( )Court          Set for          days

_____

**cc:        Chambers; Karen**