UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEAN HARDEE,<br><br>          Plaintiff(s),<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant(s).<br>_____/ | Case No. C07-80134 MISC JSW (JCS)<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a case management conference held on **June 22, 2007,**

IT IS HEREBY ORDERED THAT:

1. Defendants shall be served before the next case management conference.

2. A further case management conference is set for **August 3, 2007, at 1:30 p.m.**, and the Court will set a briefing schedule.

IT IS SO ORDERED.

Dated: June 25, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge