IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY DEAN HARDEE,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

No. C 07-80134-MISC JSW

**ORDER OF REFERRAL**

    Pursuant to Local Rule 72-1, Defendant's motion to dismiss in the above captioned matter is HEREBY REFERRED to Magistrate Judge Joseph C. Spero to prepare a report and recommendation

    **IT IS SO ORDERED.**

Dated: July 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom