**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEAN HARDEE, | No. C 3-07-MC-80134 JSW (JCS) |
| Plaintiff(s), | |
| v. | CERTIFICATE OF SERVICE |
| USA, | |
| Defendant(s). | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Brian H. Mahany
Bernhoft Law Firm
207 E. Buffalo Street, Ste 600
Milwaukee, WI 53202

RICHARD W. WIEKING, CLERK

BY: _____

Karen L. Hom, Courtroom Deputy