# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTES</u>

**CASE NO.  C 07-80134 MISC JSW (JCS)**

**CASE NAME: RICKY DEAN HARDEE v. USA**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Aug. 3, 2007    **TIME:** 2 mins | **COURT REPORTER:** <u>FTR 2:09-2:11</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Brian H. Mahany for Robert Barnes (T)* | <u>**COUNSEL FOR DEFENDANT:**</u><br>Tom Moore & Lauren Jew, Law Clerk |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Status conference | Held |

<u>**ORDERED AFTER HEARING:**</u>

Court will issue a Report and Recommendation to Judge White recommending that this case should be dismissed as moot without prejudice.

**ORDER TO BE PREPARED BY:**       () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.  ( )Jury  ( )Court   Set for   days | | |

cc:     Chambers; Karen

*(T) = Telephonic Appearance