UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY DEAN HARDEE,                                    Case No.  C07-80134 MISC JSW (JCS)

        Plaintiff(s),

    v.                                              **REPORT AND RECOMMENDATION RE MOTION TO DISMISS [Docket No. 6]**

UNITED STATES OF AMERICA,

        Defendant(s).

_____/

      On August 3, 2007, a further case management conference was held.  Brian H. Mahaney, counsel for Plaintiff, appeared.  Tom Moore, counsel for Defendant, appeared.  Parties stipulated on the record that this matter can be dismissed as moot without prejudice.

      IT IS HEREBY recommended that the Court dismiss this action as moot.

Dated:  August 6, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California