United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEAN HARDEE,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | No. C 07-80134-MISC JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION AS MOOT** |

On August 6, 2007, Magistrate Joseph C. Spero issued a report and recommendation. No party has filed objections to the Report and Recommendation within the required time period.

Having considered the Report and Recommendation, the Court finds it correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court dismisses this action as moot without prejudice.

**IT IS SO ORDERED.**

Dated: September 17, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE